UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REID D. HERMANN, ) | |
| ) | NO. CV-08-0244-LRS |
| Plaintiff, ) | |
| ) | ORDER OF DISMISSAL |
| -vs- ) | |
| ) | |
| EDWARD EARL YOUNGLOVE, III, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the parties' Motion and Order of Dismissal (Ct. Rec. 11) filed November 5, 2008, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 17th day of November, 2008.

s/Lonny R. Suko

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1